August 9, 2011



# JUDGMENT
## The Fourteenth Court of Appeals

WOODY K. LESIKAR SPECIAL TRUST AND WOODROW V. LESIKAR FAMILY TRUST, THROUGH THEIR TRUSTEE, WOODY K. LESIKAR, AND THE ESTATE OF WOODROW V. LESIKAR, DECEASED, THROUGH ITS EXECUTOR, WOODY K. LESIKAR, Appellants

NO. 14-10-00119-CV             V.

CAROLYN ANN LESIKAR MOON, INDIVIDUALLY AND AS NAMED TRUSTEE OF THE CAROLYN ANN LESIKAR MOON SPECIAL TRUST, Appellee

————————————

This cause, an appeal from the turnover order in favor of appellee, CAROLYN ANN LESIKAR MOON, INDIVIDUALLY AND AS NAMED TRUSTEE OF THE CAROLYN ANN LESIKAR MOON SPECIAL TRUST, signed January 29, 2010, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **MODIFY** the turnover order of the court below by removing those provisions (1) ordering the release of "all liens or encumbrances of any type recorded against property awarded to the Carolyn Ann Lesikar Moon Special Trust in the Final Judgment signed September 15, 2005 . . . ;" (2) ordering appellants to "sign or execute any other documents . . . to clear any title issues relating to the property . . . ;" and (3) prohibiting appellants from "executing, filing, placing, or recording any liens or encumbrances of any type against the property. . . ."

We order the turnover order of the court below **AFFIRMED** except as modified in this judgment. Each party shall be responsible for its own costs incurred because of this appeal. We further order this decision certified below for observance.